IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT WILLIAM REUM, and PHILIP MICHAEL FRISCIA,<br><br>Defendant. | CR 16–29–M–DWM<br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. 48.) Defendant Philip Michael Friscia appeared before the Court on October 11, 2016, and entered a guilty plea to Count III of the Indictment. Defendant Brett William Reum appeared before the Court on January 13, 2017, and entered a plea of guilty to Count I of the Indictment. Both defendants admitted the forfeiture allegation. The defendants pleas provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 881(a)(11).

-1-

IT IS ORDERED:

THAT the United States' motion (Doc. 48) is GRANTED. This Order supersedes the preliminary order of forfeiture entered on January 20, 2017. (*See* Doc. 44.);

THAT Friscia's and Reum's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 881(a)(11).

- Coast to Coast, model 267 12 gauge (pump action) shotgun (Serial Number A538276);
- Taurus, (model unknown, 9mm Para caliber revolver (serial number GX52361);
- Savage Arms, model 944 Series, .410 gauge (break action) shotgun, (serial number P906936);
- Five Rounds Federal Ammunition CAL :9;

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

Dated this 23rd day of January, 2017.

Donald W. Molloy, District Judge
United States District Court