
FILED

MAR 29 2017

Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRETT WILLIAM REUM, and PHILIP MICHAEL FRISCIA, Defendants. | CR 16-29-M-DWM FINAL ORDER OF FORFEITURE |
|---|---|

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 881(a)(11);

2. A Preliminary Order of Forfeiture was entered on January 23, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 881(a)(11);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 53) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- Coast to Coast, model 267 12 gauge (pump action) shotgun (Serial Number A538276);

- Taurus, (model unknown, 9mm Para caliber revolver (serial number GX52361);

- Savage Arms, model 944 Series, .410 gauge (break action) shotgun, (serial number P906936);

- Five Rounds Federal Ammunition CAL :9

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 9th day of March, 2017.

Donald W. Molloy, District Judge
United States District Court