IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–29–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| BRETT WILLIAM REUM, | |
| Defendant. | |

The government having moved unopposed for leave to allow its expert to testify via video at the upcoming final revocation hearing in this matter,

IT IS ORDERED that the government's motion (Doc. 102) is GRANTED. Dr. Leo J. Kadehjian may testify via video at the final revocation hearing scheduled for October 17, 2018, at 9:00 a.m. Counsel for the government is required to coordinate that appearance with the Court's IT staff.

Dated this 1st day of October, 2018.

Donald W. Molloy, District Judge
United States District Court